322 So.2d 722

In re BOARD OF WATER AND SEWER COMMISSIONERS OF the CITY OF MOBILE, a public corporation

v.

John E. McDONALD, Jr., et al.

Ex parte Board of Water and Sewer Commissioners of the City of Mobile, a public corporation.

SC 1468.

Supreme Court of Alabama.

Oct. 30, 1975.

Joe H. Little, Jr., Mobile, for petitioner.

No appearance for respondent.

ALMON, Justice.

Petition of Board of Water and Sewer Commissioners of the City of Mobile, a Public Corporation for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Board of Water and Sewer Commissioners of The City of Mobile v. McDonald*, 56 Ala.App. 426, 322 So.2d 717.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

329 So.2d 653

In re Lorenzo BODY

v.

STATE of Alabama.

Ex parte Lorenzo Body.

SC 1763.

Supreme Court of Alabama.

April 16, 1976.

Robert C. Boyce, III, Bessemer, for petitioner.

MERRILL, Justice.

Petition of Lorenzo Body for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Body v. State,* 57 Ala.App. 329 So.2d 650.

WRIT DENIED.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

326 So.2d 783

In re Robert Dennis BROWNING, Jr., alias Bobby Browning

v.

STATE of Alabama.

Ex parte STATE of Alabama.

SC 1674.

Supreme Court of Alabama.

Feb. 20, 1976.

William J. Baxley, Atty. Gen., and Sarah M. Greenhaw, Asst. Atty. Gen., for petitioner, the State.

ALMON, Justice.

Petition of the State for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Browning v. State of Ala.*, 57 Ala.App. 217, 326 So.2d 778.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.